IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40895
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANUEL GONZALEZ-MARTINEZ
and NESTOR IBARRA-OSUNA,

Defendants-Appellants.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-B-95-125
- - - - - - - - - - -
October 14, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Jose Manuel Gonzalez-Martinez appeals his convictions and
sentences for conspiracy to bring into and land, harbor, and
transport a certain alien within the United States, and
transporting a certain alien within the U.S., in violation of 18
U.S.C. §§ 371 & 2 and 8 U.S.C. § 1324(a)(1)(B).  His codefendant,
Nestor Ibarra-Osuna, appeals his convictions for conspiracy to
bring into and land, harbor, and transport certain aliens within
the U.S., harboring certain aliens within the U.S., and

_____

    *  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

transporting certain aliens within the U.S.  We have reviewed the

arguments and the record and find no reversible error as to the

defendants' insufficient-evidence claims.  See <u>United States v.

Bermea</u>, 30 F.3d 1539, 1551 (5th Cir. 1994), <u>cert</u>. <u>denied</u>, 115 S.

Ct. 1113 (1995).  The district court did not clearly err in

finding that Gonzalez-Martinez was responsible for 100 or more

aliens for the purpose of determining his offense level under the

Sentencing Guidelines.  See U.S.S.G. § 2L1.1(b)(2)(C); <u>United

States v. Wimbish</u>, 980 F.2d 312, 313 (5th Cir. 1992), <u>cert</u>.

<u>denied</u>, 508 U.S. 919 (1993); <u>United States v. Maseratti</u>, 1 F.3d

330, 340 (5th Cir. 193), <u>cert</u>. <u>denied</u>, 114 S. Ct. 1096 (1994).

AFFIRMED.